UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM H. WADE JR., )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
v. )
         ) **CASE NO. 5:15-CV-506-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 27]. Plaintiff's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 23] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 28, 2017, and Copies To:**
Vaughn Stephen Clauson         (via CM/ECF electronic notification)
Todd J. Lewellen         (via CM/ECF electronic notification)

DATE:         JULIE RICHARDS JOHNSTON, CLERK
February 28, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk